EL PUEBLO, DEMANDANTE Y APELADO, *v.* RODRÍGUEZ, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Guayama, en causa por infracción al artículo 162 del Código Penal.

No. 1740.—Resuelto en mayo 20, 1921, por los fundamentos del caso No. 1739, *El Pueblo* v. *Torres,* de mayo 20, 1921.

Abogado del apelante: *Sr. R. Martínez Nadal.*
Abogado del apelado: *Sr. J. E. Figueras, Fiscal.*

*Confirmada la sentencia.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.